AUSA: Blaine Longsworth  Telephone: 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
Special Agent : Todd Monfette  Telephone: 313-600-1240
AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America,

      Plaintiff,

v.

Demetrion Brewer

      Case: 4:25-mj-30420
      Judge: Ivy, Curtis
      Filed: 06-30-2025

      Defendant(s).

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of __May 15, 2025__, in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

_/s/ T. Monfette_
Complainant's signature

Todd Monfette, Special Agent - ATF&E
Printed name and title

Sworn to before me and signed in my presence.

Date: June 30, 2025

_/s/ C.I._
Judge's signature

Curtis Ivy, Jr., United States Magistrate Judge
Printed name and title

City and state: Flint, Michigan

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Todd Monfette, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION & AGENT BACKGROUND

1. The purpose of this affidavit is to establish probable cause that on or about May 15, 2025, in the Eastern District of Michigan, Demetrion Brewer (DOB: XX/XX/1996), knowing he had a previous conviction for a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, assigned to the Detroit Field Division since July 2017. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and/or participated in numerous criminal investigations involving the possession and use of firearms, drug trafficking violations, criminal street gangs and other violations of federal law.

3. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every fact known to me concerning this investigation.

## PROBABLE CAUSE

4. Since February of 2025, ATF has been investigating the illegal possession and sale of firearms by convicted felons, including Demetrion Brewer.

5. I have reviewed Brewer's criminal history records, which show that he has the following felony convictions:

- 2016 –Felony – police officer – Assaulting/resisting/obstructing – 7th Circuit Court, Genesee County, Michigan.

- 2018 – Weapons – Carrying concealed – 7th Circuit Court, Genesee County, Michigan.

- 2018 – Weapons – Firearms – Possession by a felon – 7th Circuit Court, Genesee County, Michigan.

6. All of these of felony convictions are punishable by more than one year in prison under Michigan law.

7. On May 15, 2025, an ATF special agent acting in an undercover capacity (UCA) made a controlled purchase of a firearm from Brewer at a residence in Flint, within the Eastern District of Michigan. During the controlled purchase, the UCA was equipped with audio and video recording devices and activated them before arriving at this residence.

8. Before the controlled purchase, the UCA communicated by phone with Kartale Richardson to arrange the deal. During this communication, Richardson informed the UCA that a person identified as "Unc" (Brewer was later identified as "Unc") had an AR-style firearm for sale. Richardson provided the UCA with a photograph that showed multiple firearms, including a red and black AR-style pistol. Richardson indicated that the red and black AR-style pistol was the firearm for sale. Richardson directed the UCA to a predetermined location to buy the gun.

9. On this same day, the UCA drove to the area E. Holbrook street in Flint to buy the gun. There, the UCA made contact with Brewer, who was standing in the street. Brewer directed the UCA to park next to Brewer's car.

10. Brewer identified himself as "Twin" to the UCA. Brewer and the UCA walked to the side door of a house and Brewer entered it. A while later, the UCA saw Brewer appear in the doorway of the side door and saw a black and red AR-

3

style firearm leaning up against the wall near Brewer. UCA asked Brewer if the firearm was equipped with a machinegun conversion device. Brewer stated it was not, and Brewer would have to get the machinegun conversion device. Brewer stated that the UCA would have to buy the machinegun conversion device separately.

11. During the conversation, Brewer hid the black and red AR- style firearm in the kitchen ceiling and then walked outside to talk with the UCA.

12. Brewer and the UCA agreed upon a purchase price for the firearm. Brewer retrieved the firearm from the ceiling and handed it to the UCA. The UCA, in turn, provided Brewer with an amount of prerecorded government funds in exchange for one (1) Anderson Manufacturing, model AM-15, .300 black out pistol, SN:17200143.

13. I have spoken with ATF Special Agent Dustin Hurt who has received specialized training regarding the manufacture and shipping of firearms. Special Agent Hurt stated that the Anderson Manufacturing, model AM-15, .300 black out pistol, SN:17200143 was manufactured outside the state of Michigan.

## CONCLUSION

14. Based upon the above information, probable cause exists to believe that on May 15, 2025, in the Eastern District of Michigan, Demetrion Brewer, knowing he had a previous conviction for a crime punishable by a term of imprisonment

exceeding one year, knowingly possessed, in and affecting commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

_____
Special Agent Todd Monfette
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me or
by reliable electronic means.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge

Dated: June 30, 2025